SCWC-12-0001024

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————

HOVEY B. LAMBERT, Trustee under the Hovey B. Lambert
Trust, an Unrecorded Revocable Living Trust Agreement
dated April 5, 2002, Respondent/Plaintiff-Appellee,

vs.

LESIELI TEISINA, Petitioner/Defendant-Appellant,

and

PENISIMANI TEISINA, Petitioner/Intervenor-Appellant,

and

WAHA (K), et al., Respondents/Defendants-Appellees.

———————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0001024; CIV. NO. 09-1-2529-10)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
AND REQUESTING FURTHER BRIEFING</u>
(By: Nakayama, Acting C.J., Acoba, McKenna and Pollack, JJ., and
Circuit Judge Lee, in place of Recktenwald, C.J., recused)

The application for a writ of certiorari, filed on June

12, 2013, is hereby accepted.

IT IS FURTHER ORDERED that each party shall file a

supplemental brief addressing the exception to the final judgment

requirement announced in <u>Forgay v. Conrad</u>, 47 U.S. 201 (1848) in

relation to an order confirming a partition sale. Each party's supplemental brief shall not exceed 10 pages in length and shall be filed within 14 days after the filing of this order.

DATED: Honolulu, Hawai'i, July 15, 2013.

R. Steven Geshell for petitioners

Philip J. Leas, W. Keoni Shultz and Lori K. Amano for respondent

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Randal K. Lee

